IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| Terry D. Webb, | ) | C/A NO. 8:09-2057-CMC-BHH |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Leroy Cartledge, Warden of McCormick Correctional Institution, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's *pro se* motion for Relief from Judgment pursuant to Federal Rules of Civil Procedure 60(b)(4) and (6). Petitioner's motion is without merit, as Petitioner misreads the court's June 2, 2010, Order granting summary judgment to Respondent. The discussion in the Order relating to South Carolina Rule of Civil Procedure 59(e) was included for the very reason that Petitioner now cites in his motion. Therefore, this court included a discussion relating to the applicability of the Rule and reached and discussed the merits of Petitioner's third Ground for Relief in his § 2254 petition.

Petitioner's motion for Relief from Judgment is, accordingly, **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 19, 2011

1